FILED
2017 Jun-09 AM 08:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 1

EEOC Form 161 (11/16)  **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: Kaitlin B. Lott | From: Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2016-03261 | RICHARD GROOMS, Investigator | (205) 212-2115 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Delner Franklin-Thomas,
District Director

MAR 10 2017
(Date Mailed)

Enclosures(s)

cc:
Champion Chevrolet
c/o Cheryl Williams
Human Resources Executive
921 S. Clinton Street
Athens, AL 35611

Lee D. Winston, Esq.
WINSTON COOKS, LLC
Two-20th Street North
Suite 1330
Birmingham, AL 35203

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See Privacy Act Statement before completing this form | AGENCY<br>[ ] FEPA<br>[X] EEOC | CHARGE NUMBER<br>420-2016-03261 |
|---|---|---|

and EEOC
State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) Kaitlin Benee Lott | HOME TELEPHONE (Include Area Code) | |
|---|---|---|
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Champion Chevrolet | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE (Include Area Code) |
|---|---|---|
| STREET ADDRESS<br>921 S Clinton Street Athens, AL. 35611 | CITY, STATE AND ZIP CODE | COUNTY<br>Limestone |
| NAME | TELEPHONE NUMBER (Include Area Code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] AGE
[X] RETALIATION  [ ] NATIONAL ORIGIN  [ ] DISABILITY  [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA)

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

~~AMENDED CHARGE~~

I re-state the allegations of my earlier EEOC charge and amend it to include retaliation. I was subject to sexual harassment, demeaning sexual comments and unwanted touching. I saw other women in the car dealership sexually harassed and informed Mr. Donaldson that it occurred. I complained about the mistreatment of women to management. Mr. Hamm, the company owner, said to me that the issue would be handled. A short time later, I was terminated.

On August 17, 2016, I was terminated from employment. This termination is retaliatory for my prior complaints of sexual harassment.

There was no training about the prevention of sexual harassment or how it is to be addressed in the work place.

The failure to have proper policies and training programs to prevent sexual harassment violates the Civil Rights Act of 1964 as Amended by the Civil Rights Act of 1991.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date 08/19/2016   Charging Party (Signature) Kaitlin Lott | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)<br>AUG 24 2016 |

RECEIVED AUG 24 2016 US EEOC Birmingham District Off.